UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MAKEDA BARNES-JOSEPH,                                    TG      07 CV 11464

        Plaintiff,

                                                                                 NOTICE OF DISMISSAL

        - against-

REMY SMITH, REMY SMITH p/k/a REMY MA,
REMY K. SMITH p/k/a REMY MARTIN,
REMYNISCE MUSIC, INC.,
NEW ERA ENTERTAINMENT, INC.,
JOSEPH M. SHERMAN a/k/a JOSEPH D. SHERMAN,
individually and as Chief Executive Officer of NEW ERA
ENTERTAINMENT, INC., JENNIFER B. TURNER,
SURE SHOT RECORDINGS, INC., a/k/a SURE SHOT
RECORDS, CHRIS LANDRY, individually and as Chief
Executive Officer of SURE SHOT RECORDINGS, INC.,
REACH GLOBAL, INC., MICHAEL CLOSTER,
individually and as Chief Executive Officer of REACH
GLOBAL, INC., STREET RECORDS CORPORATION
a/k/a SRC, STEVE RIFKIND, individually and as Chief
Executive Officer of STREET RECORDS CORPORATION,
UNIVERSAL MUSIC GROUP, INC., UNIVERSAL MUSIC
INVESTMENTS, INC., UNIVERSAL MUSIC GROUP
DISTRIBUTION, CORP., DOUGLAS P. MORRIS,
individually and as Chief Executive Officer of UNIVERSAL
MUSIC GROUP, INC., as Chief Executive Officer of
UNIVERSAL MUSIC INVESTMENTS, INC. and as Chief
Executive Officer of UNIVERSAL MUSIC GROUP
DISTRIBUTION, CORP., UNIVERSAL MUSIC CANADA,
PADELL NADELL FINE & WEINBERGER LLP,
POP 3 LLC d/b/a PIZZA BAR, THE PIZZA BAR, INC.,
SASHA TCHEREKOFF, individually and as Chief Executive
Officer of THE PIZZA BAR, INC., JOHN DOES 1 through 3,
being individuals whose names have not yet been ascertained
by the plaintiff,

                                          Defendants.

---------------------------------------------------------------X

        Plaintiff Makeda Barnes-Joseph filed a complaint on December 21, 2007;

        None of the parties to the above-captioned action is an infant or incompetent person;

        The Plaintiff, an individual pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure dismiss without prejudice the 07CV11464 1-10 causes of action in their complaint. Said dismissal is filed without prejudice since defendants have not served an answer to any of these causes of action filed by the plaintiff in their complaint.

                                                                            Lauren P. Raysor, Esq.
                                                                            Attorney for Plaintiff
                                                                            11 Penn Plaza, Suite 500
                                                                            New York, NY 10001
                                                                            212-946-2605

To:  Remy Smith, Remy Smith
P/K/A Remy Ma, Remy K. Smith
P/K/A Remy Martin
69 Knox Avenue
Cliffside Park, NJ 07010

Remynisce Music, Inc.
156 West 56th Street, 4th Fl.
New York, NY 10019

New Era Entertainment
53 West 36th Street, Suite 203
New York, NY 10018

Joseph M. Sherman
a/k/a Joseph D. Sherman
68 Cornell Avenue
Yonkers, NY 10705

Jennifer B. Turner
21 Jewett Avenue
Jersey City, NJ 07304

Sure Shot Recordings Inc.
55 Hudson Street, Suite 5E
New York, NY 10013

Chris Landry
Chief Executive Officer
Sure Shot Recordings Inc.
55 Hudson Street, Suite 5E
New York, NY 10013

Reach Global, Inc.
1776 Broadway, Suite 1810
New York, NY 10019

Michael Closter
101 North Clematis Street, Suite 301
West Palm Beach FL 33401

Street Records Corporation
1755 Broadway
New York, NY 10019

Steve Rifkind
Chief Executive Officer
Street Records Corporation
1755 Broadway
New York, NY 10019

Universal Music Group, Inc.
1325 Avenue of the Americas
New York, NY 10019

Universal Music Investments Inc
10 Universal City Plaza
Universal City, California 91608

Universal Music Group Distribution, Inc.
10 Universal City Plaza
Universal City, California 91608

Douglas P. Morris
Chief Executive Officer
Universal Music Group
1755 Broadway
New York, NY 10019

Padell Nadell Fine & Weinberger, LLP
59 Maiden Lane, 27th Floor
New York, NY 10038

PPO 3 LLC
a/k/a Pizza Bar
48-50 Ninth Avenue
New York, NY 10011

The Pizza Bar, Inc
48-50 Ninth Avenue
New York, NY 10011

Sasha Tcherekoff
Owner & Chief Executive Officer
The Pizza Bar, Inc
48-50 Ninth Avenue
New York, NY 10011